**NATIONAL LABOR RELATIONS BOARD v. WASHINGTON MANUFACTURING. COMPANY.**

**No. 7986.**

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Charles Fahy, of Washington, D. C., for petitioner.

Charles I. Dawson, of Louisville, Ky., and George H. Armistead, Jr., and Walter Stokes, both of Nashville, Tenn., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the motion of petitioner to dismiss petition for enforcement without prejudice be and the same is granted.

It is further ordered that the motion of petitioner for leave physically to withdraw the transcript of record without prejudice, be and same is denied.

---

**NEW YORK HANDKERCHIEF MANUFACTURING COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. 6605.**

Circuit Court. of Appeals, Seventh Circuit.

May 27, 1938.

Before SPARKS and TREANOR, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now come the parties by their counsel, and by agreement of counsel in open court, it is now here ordered that the petition for review in this cause be, and it is hereby, dismissed for the reason that said petition is premature.

It is further ordered that the record in this cause be remanded to the National Labor Relations Board.

---

**NORTH WHITTIER HEIGHTS CITRUS ASSOCIATION, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. 8819.**

Circuit Court of Appeals, Ninth Circuit.

June 13, 1938.

Ivan G. McDaniel and George C. Lyon, both of Los Angeles, Cal., for petitioner.

Charles Fahy, General Counsel, Robert B. Watts, Associate Counsel, and Bertram Edises, Atty., National Labor Relations Board, all of Washington, D. C., for respondent.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of respondent for remand of this cause to the National Labor Relations Board, and after oral arguments had thereupon, ordered said motion granted, and that this cause be forthwith remanded to the National Labor Relations Board for further proceedings.

---

**William F. O'BRIEN, Plaintiff-Appellee, v. FERRIS SHOE MANUFACTURING COMPANY, a Pennsylvania Corporation, Defendant-Appellant.**

**No. 388.**

Circuit Court of Appeals, Second Circuit.

July 5, 1938.

Holland & Armstrong, of New York City (Peter W. Quinn, of New York City, of counsel), for appellant.

Edward K. Kennedy, of New York City (Samuel H. Kaufman, Edward K. Kennedy, and Harold S. Lynton, all of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.